EDGAR UNDERHILL et al., Respondents, *v.* GEORGE E. RAMSEY, Appellant.

(Argued October 28, 1890; decided December 2, 1890.)

APPEAL from judgments of the General Term of the Supreme Court in the fifth judicial department, entered upon an order made the first Tuesday of October, 1888, which affirmed a judgment in favor of plaintiffs entered upon a verdict, and affirmed an order denying a motion for a new trial.

*Alex. Cummings* for appellant.

*Charles Cary* for respondents.

Agree to affirm; no opinion.
All concur.
Judgments affirmed. _____